UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TYRONE HAWKINS     CIVIL ACTION

VERSUS     NO. 10-2866

D.C.I. CLASSIFICATION OFFICE,     SECTION "R"(2)
MIKE FOSTER, ET AL.

## ORDER

The Clerk is hereby **ORDERED** to file the 42 U.S.C. § 1983 complaint in the above captioned matter without payment of a filing fee. Determination of pauper status is deferred to the United States District Court for the Middle District of Louisiana, after transfer of this matter to that court. (See Order and Reasons issued separately).

New Orleans, Louisiana, this __10th__ day of September, 2010.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE